|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 | IN THE UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 | JOSE VILLANUEAVA, |
| 11 | Plaintiff,                    No. CIV S-06-2706 LKK EFB P |
| 12 | vs. |
| 13 | STATE OF CALIFORNIA, et al., |
| 14 | Defendants.                   ORDER |
| 15 | _____/ |

16  Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.

17 *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma*

18 *pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

19  Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without

20 prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph

21 (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent)

22 for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ,

23 obtained from the appropriate official of each prison at which the prisoner is or was confined."

24 Plaintiff has not submitted the required trust account statement.

25 ////

26 ////

1  Accordingly, plaintiff has 30 days from the date this order is served to submit the
2 required trust account statement.  Failure to comply with this order will result in a
3 recommendation that this action be dismissed.
4  So ordered.
5 Dated: December 5, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2