IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE VILLANUEVA,

    Plaintiff,                    No. CIV S-06-2706 LKK EFB P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.             <u>ORDER</u>

                             /

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* § 1983. Plaintiff has requested a second extension of time to file a first amended complaint. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's May 23, 2007, motion is granted and plaintiff has 30 days from the date this order is served to file a first amended complaint. The court does not intend to grant additional requests for extensions of time.

        So ordered.

Dated: June 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE