IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE VILLANUEVA,

      Plaintiff,                    No. CIV S-06-2706 LKK EFB P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 8, 2007, the court dismissed plaintiff's complaint for failure to state a claim upon which relief could be granted, explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed for failure to state a claim. On May 1 and June 4, 2007, the court granted plaintiff 30-day extensions of time.

      The 30-day period since June 4, 2007, has expired and plaintiff has not filed an amended complaint.

      Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to state a claim upon which relief could be granted. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

1

1   These findings and recommendations are submitted to the United States District Judge
2   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3   after being served with these findings and recommendations, any party may file written
4   objections with the court and serve a copy on all parties.  Such a document should be captioned
5   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6   within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8   Dated:   August 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE