IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE VILLANUEVA,

      Plaintiff,                            No. CIV S-06-2706 LKK EFB P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.               <u>ORDER</u>

                                   /

      Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. His complaint was dismissed on March 8, 2007, for failure to state a claim upon which relief may be granted. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies and warned plaintiff that failure to file an amended complaint would result in a recommendation that the action be dismissed without further leave to amend. On May 1 and June 4, 2007, the court granted plaintiff 30-day extensions of time. Plaintiff did not file an amended complaint. On August 14, 2007, the court found that plaintiff had failed timely to file an amended complaint or otherwise respond to the court's order and issued findings and a recommendation to dismiss this action for plaintiff's failure to state a claim. On August 31, 2007, plaintiff filed objections.

////

1  In his objections, plaintiff states that he "intend[s] to file a first amended complaint," Pl.'s Objs.
2  at 1:19-20, but his access to the law library has been limited.  The court reiterates that plaintiff
3  was advised of the elements of each claim it appeared he sought to make.  Thus, plaintiff's
4  primary task is to allege facts sufficient to satisfy those standards.  In the interest of justice, the
5  court finds that plaintiff should have one last opportunity to file an amended complaint.
6  However, since this case has been pending for almost a year without a viable complaint, the
7  court does not intend to extend this time absent a showing of extraordinary cause.
8      Accordingly, it is hereby ORDERED that:
9      1.  The August 14, 2007, findings and recommendations are vacated; and
10      2.  Plaintiff has 30 days to file his amended complaint.  Failure to timely file an amended
11  complaint will result in a recommendation that this action be dismissed for failure to state a
12  claim upon which relief may be granted.
13  Dated:  October 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2