IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE VILLANUEVA,

      Plaintiff,                      No. CIV S-06-2706 LKK EFB P

    vs.

STATE OF CALIFORNIA, et al.,

      Defendants.           ORDER

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 14, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed April 14, 2009, are adopted in full; and

2. The following claims are dismissed, without further leave to amend, on the ground that plaintiff has not and cannot state a claim for relief:

    a. Plaintiff's claims that defendants violated the ADA;

    b. Plaintiff's claims that defendants violated the Equal Protection Clause of the Fourteenth Amendment; and

    c. Plaintiff's claims against Jayo and Freese.

DATED: September 29, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT