IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE VILLANUEVA,

      Plaintiff,                            No. CIV S-06-2706 LKK EFB P

    vs.

STATE OF CALIFORNIA, et al.,

      Defendants.               <u>ORDER</u>

        /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On September 22, 2009, plaintiff filed a request for production of documents.

      Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue.  When required in a proceeding, only that part of the request and response that is in issue shall be filed."  Local Rules 250.2-250.4.

      Plaintiff's September 22, 2009, request for production of documents is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

DATED: December 14, 2009.

*[Signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE