1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE GUADALUPE VILLANUEVA,

11          Plaintiff,                       No. 2:06-cv-2706 LKK KJN P

12      vs.

13   STATE OF CALIFORNIA, et al.

14          Defendants.                      ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  On July 22, 2010, defendants Kromann, Noriega, Rallos, Traquina

18   and Tran filed a motion for summary judgment.[1]  On August 19, 2010, plaintiff filed an

19   opposition, which was docketed as an opposition to the July 22, 2010 motion, as well as an

20   opposition to defendant Basi's May 7, 2010 motion for summary judgment.  Defendant Basi filed

21   a reply to plaintiff's opposition on August 23, 2010.  Defendants Kromann, Noriega, Rallos,

22   Traquina and Tran filed a reply to plaintiff's opposition on August 24, 2010.

23          However, a close reading of plaintiff's opposition reflects that plaintiff only

24

25      [1]  The court is addressing the motion to dismiss filed by defendants Kromann, Noriega,
     Rallos, Traquina and Tran, as well as defendant Basi's motion for summary judgment, by
26   separate findings and recommendations.

                                              1

1  intended to oppose defendant Basi's motion for summary judgment.  The first page of plaintiff's

2  opposition states that plaintiff was opposing "defendants [sic] motion for summary judgment for

3  Dr. A. Basi." (Dkt. No. 74 at 1.)  In addition, although the opposition was not filed until August

4  19, 2010, plaintiff signed his filings on July 25, 2010, and July 26, 2010, only a few days after

5  defendants Kromann, Noriega, Rallos, Traquina and Tran filed their motion for summary

6  judgment on July 22, 2010.  Therefore, this court cannot construe plaintiff's August 19, 2010

7  opposition as an opposition to the motion for summary judgment filed by defendants Kromann,

8  Noriega, Rallos, Traquina and Tran.

9          However, plaintiff's opposition to the motion for summary judgment filed by

10  defendants Kromann, Noriega, Rallos, Traquina and Tran is long overdue.  Because plaintiff

11  filed an opposition to defendant Basi's motion, it is clear plaintiff is aware of his obligation to

12  oppose a motion.

13          Local Rule 230(l) provides in part:  "Failure of the responding party to file written

14  opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

15  the granting of the motion . . . ."  On May 5, 2009, plaintiff was specifically advised of the

16  requirements for filing an opposition to a motion and that failure to oppose such a motion may be

17  deemed a waiver of opposition to the motion.

18          Local Rule 110 provides that failure to comply with the Local Rules "may be

19  grounds for imposition of any and all sanctions authorized by statute or Rule or within the

20  inherent power of the Court."  In the order filed  May 5, 2009, plaintiff was also advised that

21  failure to comply with the Local Rules may result in a recommendation that the action be

22  dismissed.

23          Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

24          **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute
           or to comply with these rules or a court order, a defendant may
25          move to dismiss the action or any claim against it.  Unless the
           dismissal order states otherwise, a dismissal under this subdivision
26          (b) and any dismissal not under this rule--except one for lack of

1        jurisdiction, improper venue, or failure to join a party under Rule
19--operates as an adjudication on the merits.

2  Id.

3        Plaintiff will be provided one final opportunity in which to file an opposition.

4  Defendants will be provided an opportunity to file a reply.  Given the length of time defendants'

5  motion has been pending, however, this court is not inclined to entertain requests for extension of

6  time.

7        Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days

8  of the date of this order, plaintiff shall file an opposition, if any, to the motion for summary

9  judgment filed by defendants Kromann, Noriega, Rallos, Traquina and Tran.  Failure to file an

10  opposition will be deemed as consent to have the:  (a) pending motion granted; (b) action

11  dismissed for lack of prosecution; and (c) action dismissed based on plaintiff's failure to comply

12  with these rules and a court order.  Said failure shall result in a recommendation that this action

13  be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  Any reply by defendants

14  Kromann, Noriega, Rallos, Traquina and Tran shall be filed seven days after plaintiff files an

15  opposition, if any.

16  DATED:  January 28, 2011

17

18

19                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

20  vill2706.fb

21

22

23

24

25

26

3