IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE VILLANUEVA,

      Plaintiff,                    No. 2:06-cv-2706 LKK KJN P

   vs.

STATE OF CALIFORNIA, et al.,

      Defendants.          ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 1, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Defendants have filed objections to the findings and recommendations in which defendants seek clarification that the motion to dismiss for failure to exhaust state remedies be dismissed without prejudice.  Plaintiff has filed no reply.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

1

entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 1, 2011 are adopted in full;

2. Defendants' July 22, 2010 motion to dismiss plaintiff's claims as unexhausted (Docket No. 72) is denied without prejudice; and

3. Defendant Basi's May 7, 2010 motion for summary judgment (Docket No. 68) is granted.

DATED: March 25, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT